# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JUSTIN MEREDITH CORLISS,      : No. 116 MM 2014

            Petitioner

        v.

MONROE COUNTY COURT OF
COMMON PLEAS,

            Respondent

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**.